UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MELISSA VARGA,

        Plaintiff,

v.                                            Case No. 12-C-1102

CAROLYN COLVIN,

        Defendant.

---

## ORDER FOR REMAND

---

Based upon the decision of the United States Court of Appeals for the Seventh Circuit reversing this Court's earlier Judgment affirming the Commissioner's decision, IT IS HEREBY ORDERED that the decision of the Commissioner is reversed and the case is remanded for further proceedings consistent with the decision of the Court of Appeals. The Clerk is directed to enter Judgment forthwith.

**SO ORDERED** this 17th day of September, 2015.

                                                   s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 United States District Court